# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

———————————

**No. 201700001**

———————————

## UNITED STATES OF AMERICA
Appellee

v.

## OWEN S. LOWRIE
Sergeant (E-5), U.S. Marine Corps
Appellant

———————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Lieutenant Colonel Matthew J. Kent, USMC.
Convening Authority: Commanding General, I Marine Expeditionary Force, Camp Pendleton, CA.
Staff Judge Advocate's Recommendation: Lieutenant Colonel Daniel R. Kazmier, USMC.
For Appellant: Commander C. Eric Roper, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

———————————

Decided 27 April 2017

———————————

Before CAMPBELL, HUTCHISON, and LOCHNER, *Appellate Military Judges*

———————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court